UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS        :

        Plaintiff,        :

        Civil Action No. _____

vs.        :

THE CITY OF LOWELL, MASSACHUSETTS, THE CITY OF LOWELL ZONING BOARD OF APPEALS, AND DAN SQUEGLIA, DONNA MCMAHON, VESNA NUON, ALAN KAZANJIAN AND JACK FLYNN, in their capacities as Members of the City of Lowell Zoning Board of Appeals        :

        **05 10993 NMG**

        Defendants.        :
------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

**NOW COMES** Danielle L. Pacik, an associate of Devine, Millimet & Branch, Professional Association, counsel to plaintiff Nextel Communications of the Mid-Atlantic Inc., d/b/a Nextel Communications ("Nextel") and respectfully moves for the admission pro hac vice of Attorney Steven E. Grill to practice before this Court on behalf of Nextel. In support of his Motion, the undersigned states as follows:

    1.    Attorney Steven E. Grill is a member in good standing in the bar of the States of New Hampshire and New York, the federal bars of United States District Court for the District of New Hampshire, Southern District of New York, and Eastern District of New York, and is a partner in the firm of Devine, Millimet & Branch of Manchester, New Hampshire.

    2.    Attorney Steven E. Grill is regular counsel to Nextel and has been asked by Nextel to take the lead role in its representation in the above-captioned action.

3. The undersigned, or another attorney from Devine, Millimet & Branch, will be involved as local counsel throughout this case and will appear at all hearings or trials unless excused by the Court.

4. As this action has just begun, Nextel has not sought the concurrence of the defendants pursuant to Local Rule 7.1 (A)(2).

5. The Declaration of Steven E. Grill in support of Motion for Admission Pro Hac Vice Pursuant to Local Rule 83.5.3 is filed herewith and incorporated herein by reference.

**WHEREFORE**, Danielle L. Pacik respectfully moves this Court for an order admitting Attorney Steven E. Grill to practice before this Court pro hac vice in connection with all aspects of the above-captioned action.

Respectfully submitted,

**DANIELLE L. PACIK, ESQUIRE**

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: May 13, 2005     By: _[signature]_
Danielle L. Pacik, Esquire (BBO # 653753)
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
e-mail: dpacik@devinemillimet.com

J:\wdox\docs\clients\10339\73907\M0719386.DOC