UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x
NEXTEL COMMUNICATIONS OF THE MID-    :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS                       :

        Plaintiff,            :
                            Civil Action No. _____
  vs.                                :

THE CITY OF LOWELL, MASSACHUSETTS,   :
THE CITY OF LOWELL ZONING BOARD OF
APPEALS, AND DAN SQUEGLIA, DONNA     :         05 10993 NMG
MCMAHON, VESNA NUON, ALAN
KAZANJIAN AND JACK FLYNN, in their   :
capacities as Members of the City of Lowell Zoning
Board of Appeals                     :

        Defendants.           :

------------------------------------x

**DECLARATION OF STEVEN E. GRILL IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

Steven E. Grill declares that:

1.  I am a partner in the firm of Devine, Millimet & Branch, Professional Association at 111 Amherst Street, Manchester, New Hampshire, 03101. My office telephone number is (603) 669-1000.

2.  I certify that I am a member in good standing of the bar of the States of New Hampshire and New York and the district court bars of New Hampshire, New York, Eastern District of New York, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

3.  I am not currently admitted in this district.

4.  I am not currently suspended or disbarred in any jurisdiction nor have I ever been suspended or disbarred in any jurisdiction.

5.  I have read, acknowledge, and am familiar with, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Judicial Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

6.  For purposes of his case I have associated with local associate counsel, Danielle L. Pacik, Esquire, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

**I declare under penalties and pains of perjury that the foregoing is true and correct.**

Dated: 5-13-05

Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\73907\M0719394.DOC