UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------- x
NEXTEL COMMUNICATIONS OF THE MID-    :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS                        :

              Plaintiff,              :
                                  Civil Action No. 05-10993-NMG

vs.                                   :

THE CITY OF LOWELL, MASSACHUSETTS,    :
THE CITY OF LOWELL ZONING BOARD OF
APPEALS, AND DAN SQUEGLIA, DONNA      :
MCMAHON, VESNA NUON, ALAN
KAZANJIAN AND JACK FLYNN, in their    :
capacities as Members of the City of Lowell Zoning
Board of Appeals                      :

              Defendants.             :

------------------------------------- x

**ACCEPTANCE OF SERVICE**

I, Maria E. Sheehy, Esquire, counsel for the defendants, hereby accept service of the Summons and Complaint on behalf of the City of Lowell, Massachusetts, the City of Lowell Zoning Board of Appeals and Dan Squeglia, Donna McMahon, Vesna Nuon, Alan Kazanjian and Jack Flynn.

Dated: 9/8/05                     By: /s/ Maria Sheehy
                                          Maria E. Sheehy, Esquire
                                          City of Lowell, Massachusetts
                                          375 Merrimack Street
                                          Third Floor – Law Department
                                          Lowell, MA 01852

J:\wdox\docs\clients\10339\73907\M0762860.DOC