UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEXTEL COMMUNICATIONS OF THE MID-      :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS                          :

             Plaintiff,           :

                                 Civil Action No. 05-10993-NMG

    vs.                                  :

THE CITY OF LOWELL, MASSACHUSETTS,     :
THE CITY OF LOWELL ZONING BOARD OF
APPEALS, AND DAN SQUEGLIA, DONNA        :
MCMAHON, VESNA NUON, ALAN
KAZANJIAN AND JACK FLYNN, in their      :
capacities as Members of the City of Lowell Zoning
Board of Appeals                        :

           Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION

NOW COME the undersigned, counsel of record for all parties herein, and stipulate and

agree that defendants' time to answer or otherwise respond to the Complaint of the plaintiff is

hereby extended until and including October 14, 2005.

                           Respectfully submitted,

                           **NEXTEL COMMUNICATIONS OF
THE MID-ATLANTIC INC. d/b/a
NEXTEL COMMUNICATIONS**

                           By its attorneys,

**DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION**


Dated: September 27, 2005          By:      /s/ Steven E. Grill_____
                                            Steven E. Grill, Esquire
                                            111 Amherst Street
                                            Manchester, New Hampshire 03101
                                            Telephone: (603) 669-1000
                                            e-mail:  sgrill@devinemillimet.com


                                            TOWN OF LOWELL,
                                            MASSACHUSETTS, et al.


Dated: September 27, 2005          By:      /s/ Maria E. Sheehy,_____
                                            Maria E. Sheehy, Esquire
                                            Assistant City Solicitor
                                            City of Lowell, Massachusetts
                                            375 Merrimack Street
                                            Third Floor – Law Department
                                            Lowell, MA 01852
                                            Telephone:  (978)970-4050
                                            e-mail:  MSheehy@ci.lowell.ma.us

## CERTIFICATION AND PROOF OF CONSENT

I hereby certify that each of the signatories has expressly agreed to the form and substance of the document and that I have the actual authority to submit the document electronically.  A copy of the foregoing Stipulation was forwarded on the 27th day of September, 2005, via the Court's electronic case filing to Maria E. Sheehy, Esquire, counsel for the defendants.


                                            /s/ Steven E. Grill, Esquire_____
                                            Steven E. Grill, Esquire


J:\wdox\docs\clients\10339\73907\M0770178.DOC

2