UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS**<br>    **Plaintiff**<br><br>v.<br><br>**THE CITY OF LOWELL, MASSACHUSETTS, THE CITY OF LOWELL ZONING BOARD OF APPEALS, AND DAN SQUEGLIA, DONNA MCMAHON, VESNA NUON, ALAN KAZANJIAN AND JACK FLYNN, in their capacities as Members of the City of Lowell Zoning Board of Appeals,**<br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 05-CV-10993-NMG |

## STIPULATION

NOW COME the undersigned, counsel of record for all parties herein, and stipulate and agree that Defendants' time to answer or otherwise respond to the Complaint of the Plaintiff is hereby extended until and including November 15, 2005.

                                          Respectfully submitted,
                                          **NEXTEL COMMUNICATIONS OF**
                                          **THE MID-ATLANTIC INC. d/b/a**
                                          **NEXTEL COMMUNICATIONS**
                                          **By its attorneys:**

Dated: October 31, 2005            **DEVINE, MILLIMET & BRANCH,**
                                          **PROFESSIONAL ASSOCIATION**

                                          /s Steven E. Grill
                                          Steven E. Grill, Esq.
                                          111 Amherst Street
                                          Manchester, New Hampshire 03101
                                          Telephone: (603) 669-1000
                                          e-mail: sgrill@devinemillimet.com

Dated: October 31, 2005                         CITY OF LOWELL,
                                                MASSACHUSETTS, et al., DEFENDANTS


                                                /s Maria Sheehy
                                                Maria Sheehy, Assistant City Solicitor
                                                BBO # 560102
                                                City of Lowell Law Department
                                                375 Merrimack Street, 3rd Fl.
                                                Lowell MA 01852-5909
                                                978-970-4050
                                                FAX 978-453-1510
                                                e-mail: MSheehy@ci.lowell.ma.us

## CERTIFICATION AND PROOF OF CONSENT

I hereby certify that each of the signatories has expressly agreed to the form and substance of the document and that I have the actual authority to submit the document electronically. A copy of the foregoing Stipulation was forwarded on October 31, 2005, via the Court's electronic case filing, to Steven E. Grill, Esq., counsel for the Plaintiff.


                                                /s Maria Sheehy
                                                Maria Sheehy, Assistant City Solicitor