UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS<br>    Plaintiff<br><br>v.<br><br>THE CITY OF LOWELL, MASSACHUSETTS, THE CITY OF LOWELL ZONING BOARD OF APPEALS, AND DAN SQUEGLIA, DONNA MCMAHON, VESNA NUON, ALAN KAZANJIAN AND JACK FLYNN, in their capacities as Members of the City of Lowell Zoning Board of Appeals,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 05-CV-10993-NMG |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as attorney for Defendants, City of Lowell and City of Lowell Zoning Board of Appeals, in the above entitled case.

          /s Maria Sheehy_____
          Maria Sheehy, Assistant City Solicitor
          BBO # 560102
          City of Lowell Law Department
          375 Merrimack Street, 3rd Fl.
          Lowell MA 01852-5909
          (978) 970-4050
          FAX (978) 453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on Steven E. Grill, Esq., **DEVINE, MILLIMET & BRANCH,** 111 Amherst Street, Manchester NH 03102, via first-class mail, on October 31, 2005.

/s Maria Sheehy
Maria Sheehy, Assistant City Solicitor