UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID-    :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS                       :

              Plaintiff,             :
                                          Civil Action No. 05-10993-NMG
    vs.                              :

THE CITY OF LOWELL, MASSACHUSETTS,   :
THE CITY OF LOWELL ZONING BOARD OF
APPEALS, AND DAN SQUEGLIA, DONNA     :
MCMAHON, VESNA NUON, ALAN
KAZANJIAN AND JACK FLYNN, in their   :
capacities as Members of the City of Lowell Zoning
Board of Appeals                     :

              Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ASSENTED-TO MOTION FOR APPROVAL OF
## AGREEMENT FOR JUDGMENT

**NOW COMES** plaintiff, Nextel Communications of the Mid-Atlantic Inc., d/b/a Nextel Communications ("Nextel"), by and through its attorneys, Devine, Millimet & Branch, Professional Association, and hereby respectfully moves for entry of judgment based on the Agreement for Judgment filed contemporaneously herewith. In support of its Motion, states as follows:

1. The parties have agreed to settle this case on the terms and conditions set forth in the Agreement for Judgment which is being filed contemporaneously herewith.

2. The Agreement for Judgment fully resolves this case.

3. The parties have agreed that judgment should be entered in the form of the Judgment and Order submitted herewith, and that the case be closed.

4. Counsel for the defendants consents to the relief sought herein.

5. No memorandum of law is filed herewith as the relief sought is within the sound discretion of the Court.

**WHEREFORE**, Nextel respectfully requests that this Honorable Court:

A. Enter judgment in the form of the Agreement for Judgment annexed hereto;

B. Close the case; and,

C. Grant such other and further relief as the court deems just and equitable.

    Respectfully submitted,

    **NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC INC. d/b/a NEXTEL COMMUNICATIONS**

    By its attorneys,

    **DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: March 14, 2006    By:    __/s/ Steven E. Grill_____
    Steven E. Grill, Esquire
    111 Amherst Street
    Manchester, New Hampshire 03101
    Telephone: (603) 669-1000
    e-mail: sgrill@devinemillimet.com

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of March 2006, a copy of the foregoing was forwarded via the Court's electronic case filing to Maria E. Sheehy, Esquire, counsel for the defendants.

    _/s/ Steven E. Grill, Esquire_____
    Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\73907\M0834031.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS     :

                  Plaintiff,     :

      Civil Action No. 05-10993-NMG

   vs.     :

THE CITY OF LOWELL, MASSACHUSETTS, THE CITY OF LOWELL ZONING BOARD OF APPEALS, AND DAN SQUEGLIA, DONNA MCMAHON, VESNA NUON, ALAN KAZANJIAN AND JACK FLYNN, in their capacities as Members of the City of Lowell Zoning Board of Appeals     :

                  Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JUDGMENT AND ORDER

Pursuant to Section 704 of the Telecommunications Act of 1996, codified at 47 U.S.C. §332(c)(7) (the "TCA"), the parties' Agreement for Judgment filed with this Court, the documents and information submitted in this action, and based on applicable law, the Court finds and orders as follows:

1.    That Final Judgment hereby enters in favor of the Plaintiff Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications ("Nextel"), which asserts that the denial of Nextel's application for a special permit (the "Application") violates the TCA in that it is not supported by substantial evidence contained in a written record.

2.    That, under Count I of Nextel's Complaint, the decision of the Defendant, City of Lowell's Zoning Board of Appeals (the "Board") on Nextel's Application, dated March 18, 2005

(the "Decision") and filed with the Lowell City Clerk on April 15, 2005 regarding Nextel's proposed wireless communications facility ("WCF") to be located at 595 Pawtucket Boulevard, Lowell, MA (the "Site") shall be and hereby is (a) vacated to the extent it denied a request for a special permit for Nextel's WCF and (b) amended and modified to grant a special permit for Nextel's WCF in accordance with the plans filed with the Board as part of Nextel's Application, as modified, which modified plans appear as Exhibit C and in accordance with the conditions detailed in Exhibit A and the 4 page photo simulations attached as Exhibit B to the parties' Agreement for Judgment.

      3.      This Final Judgment shall operate as grant of the special permit in accordance with the terms and conditions and limitations upon such special permit as specified in the parties' Agreement for Judgment. Further, pursuant to the parties' Agreement for Judgment, it is ordered that this Judgment and Order shall be entered forthwith and that the Defendants need take no further actions, conduct further meetings, hold hearings, or issue any further decisions.

      4.      Each party shall bear their own costs and fees.

                                      SO ORDERED:

Dated: _____                    _____
                                                      Nathaniel M. Gorton
                                                      United States District Court Judge