UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS :

                      Plaintiff,    :

      vs.    :   Civil Action No. 05-10993-NMG

THE CITY OF LOWELL, MASSACHUSETTS, THE CITY OF LOWELL ZONING BOARD OF APPEALS, AND DAN SQUEGLIA, DONNA MCMAHON, VESNA NUON, ALAN KAZANJIAN AND JACK FLYNN, in their capacities as Members of the City of Lowell Zoning Board of Appeals :

                    Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AGREEMENT FOR JUDGMENT

This Agreement for Judgment ("Agreement") is made this 13th day of March, 2006 by and among Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications ("Nextel"), the City of Lowell, the City of Lowell Zoning Board of Appeals (the "Board"), and Dan Squeglia, Donna McMahon, Vesna Nuon, Alan Kazanjian, and Jack Flynn as members of the Board (collectively, the "Defendants"). All of the above parties shall be collectively referred to herein as the "Parties."

WHEREAS, Nextel commenced a civil action entitled Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications v. The City of Lowell, Massachusetts, et al., C.A. 05-CV-10993-NMG in the United States District Court for the District of Massachusetts (the "Litigation") in which Nextel asserted claims against the Defendants arising out of the Defendants' denial of Nextel's application for a special permit to allow Nextel to install wireless

communications antenna facilities on the roof of a building located at and known as 595 Pawtucket Boulevard, Lowell MA (the "Site");

WHEREAS, Nextel alleged in the Litigation that the Defendants violated the Federal Telecommunications Act of 1996, which allegation the Defendants deny;

WHEREAS, the Parties wish to avoid further expense in connection with the Litigation and desire to settle and compromise all allegations made in the matters at issue in the Litigation;

WHEREAS, the Parties have agreed to settle the Litigation upon the terms contained herein;

WHEREAS, the Parties agree that the Litigation should be settled forthwith, that there is no just cause for delay, and that a remand of this matter to the Board would serve no useful purpose;

NOW THEREFORE, the Parties through their counsel, stipulate and agree as follows:

1.  Final Judgment shall enter in Nextel's favor, vacating the Board's decision, filed in the City Clerk's Office on April 15, 2005, denying Nextel's request to install 12 telecommunications antennae on the rooftop of the Site and related equipment on the ground floor of the Site, which is necessary to allow the installation and operation of Nextel's wireless communications facility at the Site in accordance with Nextel's application and the plans and specifications as presented at the hearings before the Board.

2.  The Parties further stipulate and agree that there is no just cause for delay in the issuance of the special permit pursuant to this Agreement for Judgment, that further meetings, hearings or decisions would serve no useful purpose, and that the zoning relief necessary to permit the installation and operation of Nextel's WCF shall be ordered by the Court consistent with the plans and specifications Nextel presented to the Board and the subsequent conditions

and modifications proposed by the parties and shown and depicted in Exhibits A through C (A = Conditions, B = Photos (4 pages), C = Plans), inclusive, attached hereto, and this Agreement for Judgment. Further, the Parties stipulate and agree that this Agreement for Judgment and the Judgment to be entered in this action pursuant to it shall operate as a grant of the requested special permit thereof without the necessity of further action on the part of either the Board or Nextel, subject to the conditions contained herein and as shown and depicted in Exhibits A through C, attached hereto.

3. This Agreement for Judgment fully and completely resolves all of Nextel's pending claims against the Defendants with respect to Nextel's proposed wireless communications facility at the Site, including any and all claims arising from the Zoning Board of Appeals' denial of Nextel's request for a special permit, any delays encountered in connection therewith, and any and all costs, including attorney's fees, associated therewith. However, this Agreement shall have no effect on either party with respect to any future applications for zoning relief in other locations in Lowell or on any litigation which may arise out of any such future applications.

4. The Parties acknowledge and agree that they have entered into this Agreement on the advice of counsel, voluntarily, and not as a result of any promise or representation except as set forth expressly herein and in Nextel's application, plans and specifications, and not as a result of any duress or coercion by any person or entity.

5. This Agreement has been deemed to be made and entered into in the Commonwealth of Massachusetts, and shall in all respects be interpreted, enforced and governed under federal law.

6. This Agreement and the Judgment filed herewith constitute the entire agreement of the Parties, and it is expressly agreed that this Agreement may not be altered, amended, modified or otherwise changed in any respect, except by a writing duly executed by all of the Parties.

7. This Agreement shall inure to the benefit of, and be binding upon, the Parties to this Agreement and each of their officers, directors, shareholders, trustees, beneficiaries, insurers, agents, employees, attorneys, predecessors, successors and assigns.

8. This Agreement may be executed in counterparts, each of which shall be treated as an original.

                                      NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. D/B/A NEXTEL COMMUNICATIONS, INC.

                                      By its Attorneys

                                      DEVINE, MILLIMET & BRANCH, P.A.

Dated:  March 14, 2006         By    /s/ Steven E. Grill, Esquire_____  
                                      Steven E. Grill, Esquire  
                                      *admitted pro hac vice*  
                                      111 Amherst Street  
                                      Manchester, NH 03101  
                                      Phone:  603-669-1000  
                                      e-mail:  sgrill@devinemillimet.com

                                      -- and --

                                      THE CITY  OF LOWELL, et al.

                                      By its Attorneys,

Dated:  March 14, 2006         By:    /s/ Maria E. Sheehy_____  
                                      Maria E. Sheehy, Esquire, Assistant City Solicitor  
                                      BBO # 5601021  
                                      City of Lowell, Massachusetts  
                                      375 Merrimack Street, Third Floor – Law Department  
                                      Lowell, MA 01852  
                                      Telephone:  (978)970-4050  
                                      e-mail:  MSheehy@ci.lowell.ma.us

## **CERTIFICATION AND PROOF OF CONSENT**

     I hereby certify that each of the signatories has expressly agreed to the form and substance of the document and that I have the actual authority to submit the document electronically.  A copy of the foregoing Report was forwarded on the 14th day of March 2006, via the Court's electronic case filing to Maria E. Sheehy, Esquire, counsel for the defendants.

                                                         /s/ Steven E. Grill, Esquire_____  
                                                       Steven E. Grill, Esquire

J:\WDOX\DOCS\CLIENTS\10339\73907\M0833852.DOC

**EXHIBIT A**

Nextel shall comply with the following conditions:

1. At all times Nextel shall comply with all applicable federal, state and local requirements with respect to the operation of the wireless communications facility, and shall comply with all FCC requirements with respect to non-interference with frequencies utilized by the City of Lowell;

2. Within sixty days of the wireless communications facility becoming operational, Nextel shall provide the Board with a report from a radio frequency engineer regarding the radio frequency emissions from the wireless communications facility;

3. In the event that at any time the radio frequency emissions from the wireless communications facility exceed FCC standards, Nextel shall immediately and in writing notify the City of Lowell Department of Inspectional Services and discontinue operations unless and until the emissions are reduced to FCC standards; and

4. Nextel's installation of the subject antenna shall be consistent with the photo simulations graphs attached as Exhibit B (4 pages) and with the Plans attached as Exhibit C.





Nextel's "Forrest" (Nextel Site No. MA-2114A).  View of proposed antenna screenwall looking East on Pawtucket Blvd.  (rev 1)



Nextel's "Forrest" (Nextel Site No. MA-2114A). View looking north at proposed screenwall from river side park area across from site on Pawtucket Blvd. (rev 1)



Nextel's "Forrest" (Nextel Site No. MA-2114A). View of proposed antenna screenwall looking West from entrance to river side park area on Pawtucket Blvd. (rev 1)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS           :

                Plaintiff,           :

                       Civil Action No. 05-10993-NMG

  vs.           :

THE CITY OF LOWELL, MASSACHUSETTS, THE CITY OF LOWELL ZONING BOARD OF APPEALS, AND DAN SQUEGLIA, DONNA MCMAHON, VESNA NUON, ALAN KAZANJIAN AND JACK FLYNN, in their capacities as Members of the City of Lowell Zoning Board of Appeals           :

              Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Plans marked as Exhibit C to Agreement for Judgment

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

**NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC INC. d/b/a NEXTEL COMMUNICATIONS**

By its attorneys,

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: March 14, 2006        By:    __/s/ Steven E. Grill_____
                                    Steven E. Grill, Esquire
                                    111 Amherst Street
                                    Manchester, New Hampshire 03101
                                    Telephone: (603) 669-1000
                                    e-mail:  sgrill@devinemillimet.com

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of March 2006, a copy of the foregoing was forwarded via the Court's electronic case filing to Maria E. Sheehy, Esquire, counsel for the defendants.

                                    _/s/ Steven E. Grill, Esquire_____
                                    Steven E. Grill, Esquire

J:\WDOX\DOCS\CLIENTS\10339\73907\M0834452.DOC